IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02742-LTB-BNB

JAMES HUNT,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

Defendant.

_____

**AMENDED ORDER**
_____

This matter arises on the defendant's **Motion to Compel Plaintiff to Provide Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)** [Doc. # 16, filed 7/14/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 16] is GRANTED. The plaintiff shall make initial disclosures and produce all documents identified in the disclosures on or before **August 5, 2011, at 5:00 p.m.**;

(2)   Failure to comply with this Order will result in my recommendation that the case be dismissed for failure to prosecute, failure to comply with the Federal Rules of Civil Procedure, and failure to comply with this Order; and

(3)   The *defendant* may file a motion for attorneys fees pursuant to Fed. R. Civ. P. 37(c)(1)(A), if at all, on or before **August 10, 2011**. The motion for attorneys fees must comply

with D.C.COLO.LCivR 54.3.  Prior to August 10, 2011, the parties shall confer to determine whether they can agree to the award of attorneys fees and the amount to be awarded.

Dated August 1, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge