IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02742-LTB-BNB

JAMES HUNT,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion for Attorneys' Fees** [Doc. # 25, filed 8/9/2011] (the "Motion for Attorneys Fees") and my Amended Order [Doc. # 23] allowing the defendant to file a motion for attorneys fees pursuant to Fed. R. Civ. P. 37.

The plaintiff failed to make his Rule 26(a) initial disclosures, requiring the defendant to file a motion to compel [Doc. # 16], which I granted. Rule 37(a)(5), Fed. R. Civ. P., provides that if a motion to compel is granted, "the court must, after giving an opportunity to be heard, require the party . . . whose conduct necessitated the motion . . . to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees," unless the failure was substantially justified or requiring such payment would be unjust.

After granting the motion to compel, I ruled that the plaintiff could file a motion for attorneys fees on or before August 10, 2011, and that prior to August 10 the parties should confer to determine whether they could agree to the award of attorneys fees and the amount to be awarded. That led to the filing of the instant motion.

I find that the plaintiff's failure to make his initial disclosures was not substantially justified and that the award of fees incurred in bringing the motion to compel would not be unjust. I have reviewed the Motion for Attorneys Fees. I find that the time spent in connection with the motion to compel was reasonable and was substantially necessary to bringing that motion. I find that the rates charged in connection with the work on the motion to compel are reasonable.

IT IS ORDERED:

(1) The Motion for Attorneys Fees [Doc. # 25] is GRANTED;

(2) The defendant is awarded attorneys fees and costs of $530.00 in connection with the preparation of the motion to compel; and

(3) Payment of the awarded fees and costs shall be made on or before September 1, 2011.

Dated August 15, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge