IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02742-LTB-BNB

JAMES HUNT,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule Settlement Conference** [docket no. 28, filed October 7, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for **October 13, 2011**, is **VACATED**.

DATED: October 7, 2011