IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02742-LTB-BNB

JAMES HUNT,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

Defendant.

_____

**ORDER**
_____

This matter arises on the defendant's **Motion for Sanctions** [Doc. # 30, filed 12/9/2011].

I held a hearing on the Motion for Sanctions this morning and made rulings on the record, which

are incorporated here.

IT IS ORDERED:

(1)    The Motion for Sanctions [Doc. # 30] is GRANTED IN PART and DENIED IN

PART as follows:

• GRANTED to require the plaintiff to pay the attorneys fee award of $530.00 on

or before **February 28, 2012**.  Failure to comply with this order and make payment within the

time allowed will result in my recommendation that the case be dismissed with prejudice as a

sanction for the failure to comply with my order; and

• DENIED in all other respects.

(2)    A settlement conference is set for **February 14, 2012, at 10:00 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  All settlement conferences that take place before the magistrate judge shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **February 7, 2012**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated January 31, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge