IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02742-LTB-BNB

JAMES HUNT,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

Defendant.
_____

# ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 28, 2012**, the parties shall file a stipulation of or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 14, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge